## No. C-371

In the Matter of the Estate of Frances Smith Plank, a/k/a
Frances S. Plank, and as Frances Shrednik v. Joseph
Raymond Plank

(527 P.2d 548)

Certiorari dismissed August 6, 1974.

On petition by co-executors to determine whether certain
property of deceased had been intended to be conveyed by
one executor to the decedent as a gift, trial court determined
that such conveyance had occurred. On appeal by the
claimant co-executor, court of appeals affirmed on the basis
that a timely claim against the estate had not been filed, 32
Colo. App. 126, 509 P.2d 812, and certiorari was granted on
May 29, 1973. Certiorari dismissed on motion of petitioner
August 6, 1974.

*En Banc.*